NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDOTACH LLC,**
*Appellant*

**v.**

**MEDTRONIC, INC.,**
**MEDTRONIC VASCULAR, INC.,**
*Appellees*

---

2015-1784

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00100.

---

## JUDGMENT

---

JONATHAN TAD SUDER, Friedman, Suder & Cooke, Fort Worth, TX, argued for appellant. Also represented by BRETT MICHAEL PINKUS; MATTHEW CARMINE PHILLIPS, Renaissance IP Law Group LLP, Portland, OR.

KEVIN GOLDMAN, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellees. Also represented by MARK CHRISTOPHER FLEMING; JACK S. BARUFKA,

Pillsbury Winthrop Shaw Pittman LLP, McLean, VA; EVAN FINKEL, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  May 6, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |